```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 29301
     JAMES A NEAL
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

            Debtor
     SSN XXX-XX-0344

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/26/2005 and was confirmed 10/20/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  36.00%.

     The case was paid in full 07/11/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
HARRIS BANK                CURRENT MORTG         .00            .00             .00
HARRIS BANK                MORTGAGE ARRE     1138.98            .00         1138.98
MIDAMERICA BANK            CURRENT MORTG         .00            .00             .00
MIDAMERICA BANK            MORTGAGE ARRE     7412.17            .00         7412.17
MIDAMERICA BANK            CURRENT MORTG         .00            .00             .00
ECMC                       UNSECURED        66528.09            .00        23950.11
AMERICAN EXPRESS TRAVEL    UNSECURED         4215.72            .00         1517.66
ECAST SETTLEMENT CORP      UNSECURED         6513.22            .00         2344.76
CAPITAL ONE                UNSECURED         2092.90            .00          753.44
RESURGENT CAPITAL SERVIC   UNSECURED         3081.77            .00         1109.44
CITIBANK                   UNSECURED        NOT FILED           .00             .00
CITIBANK                   NOTICE ONLY      NOT FILED           .00             .00
CREDIT PROTECTION          UNSECURED        NOT FILED           .00             .00
NORTHWESTERN MEDICAL FAC   UNSECURED        NOT FILED           .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED             .00            .00             .00
MIDAMERICA BANK            MORTGAGE ARRE     1037.29            .00         1037.29
LEGAL REMEDIES CHARTERED   DEBTOR ATTY      1,780.00                       1,780.00
TOM VAUGHN                 TRUSTEE                                         2,580.82
DEBTOR REFUND              REFUND                                            854.63

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            44,479.30

PRIORITY                                            .00
SECURED                                        9,588.44
UNSECURED                                     29,675.41
ADMINISTRATIVE                                 1,780.00
TRUSTEE COMPENSATION                           2,580.82
DEBTOR REFUND                                    854.63

                 PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 05 B 29301 JAMES A NEAL
```

```
                                   ---------------   ---------------
TOTALS                                   44,479.30         44,479.30
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 10/25/07                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```